Mr. Justice WAYNE
 

 delivered the opinion of the court.
 

 In this case the points certified to this court are identical with those certified in the case of Williamson and Wife
 
 v.
 
 
 *566
 
 Joseph Berry, except the eighth. We direct that our rulings in that case shall be sent to the Circuit Court, as our answers to the points certified in this case. And further rule to the eighth point certified in this case, that the defendants, having paid to the grantétes of George De Grasse a valuable consideration for the premises in dispute, do not thereby acquire a valid title against the plaintiff’s.
 

 Mr. Chief Justice TANEY, Mr. Justice CATRON, and Mr. Justice NELSON dissented. See the report of the preceding case.